# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARVIN VANCE,

    Plaintiff,

-vs-

DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

Case No. 3:11-CV-281

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER PROVIDING PLAINTIFF WITH AN ADDITIONAL
## TEN DAYS IN WHICH SERVE TO DEFENDANT

This matter is back on the Court's docket following the issuance of an Order to *pro se* Plaintiff on December 8, 2011. (Doc. 10.) In that Order, Plaintiff was granted an extension of time and directed to serve, by December 22, 2011, three entities: the Department of Veterans Affairs; the United States Attorney General; and the United States Attorney for the Southern District of Ohio.

Following a *sua sponte* review of this matter, it appears that Plaintiff received an executed summons from the Department of Veterans Affairs (*see* doc. 5), but has not received executed summonses from either the United States Attorney General or the United States Attorney for the Southern District of Ohio.

Plaintiff is afforded an **ADDITIONAL TEN DAYS** in which to make proper service. He is thus advised that, if he does not file proof of such service on or before **January 13, 2012**, his complaint will be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) -- for his failure to timely serve Defendant -- and also on account of his lack of prosecution.

**IT IS SO ORDERED.**

January 3, 2012                                              s/ **Michael J. Newman**
                                                             United States Magistrate Judge