# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARVIN VANCE,

    Plaintiff,

Case No. 3:11-CV-281

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

-vs-

DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

---

## ORDER

---

For good cause shown, the Court **RESCINDS** the Report and Recommendation issued on January 24, 2012 (doc. 13).  Plaintiff is afforded an additional thirty (30) days in which to make proper service.  Plaintiff must effect proper service of process on or before **February 24, 2012**.

The Clerk is **ORDERED** to provide a copy of this Order to the United States Marshals Service.

**IT IS SO ORDERED**.


January 25, 2012                                           s/ **Michael J. Newman**
                                                                     United States Magistrate Judge