# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARVIN VANCE, | : | |
| Plaintiff, | | Case No. 3:11-cv-281 |
| | : | |
| -vs- | | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| DEPARTMENT OF VETERANS AFFAIRS, | : | |
| Defendant. | : | |

## ORDER FOR PRELIMINARY PRE-TRIAL CONFERENCE

This *pro se* case was referred to the undersigned U.S. Magistrate Judge under 28 U.S.C. § 636(b).  Accordingly, the Magistrate Judge will schedule a preliminary pre-trial conference pursuant to Fed. R. Civ. P. 16.

The preliminary pre-trial conference in this case is hereby set for **Tuesday, May 22, 2012 at 11:30 a.m.**  The parties are directed to call 1-877-336-1839, access code 2725365, security code 123456 and wait for the Court to join the conference.

If the above-listed date or time conflicts with a previously set matter in another court, counsel with the conflict may obtain a continuance by filing a motion that includes alternative dates on which all parties will be available.

Under Fed. R. Civ. P. 26, all parties to this case are required to: (1) participate in pre-trial disclosure of evidence under Rule 26(a)(1); and (2) confer with the other parties to plan discovery under Rule 26(f).  Because Plaintiff is a *pro se* litigant, Defendant's counsel is directed to initiate the telephone call to Plaintiff to plan discovery under Rule 26(f).

All parties and counsel shall consult to set a date for the discovery conference, which must be held at least twenty-one days before the pre-trial conference with the Court.  Not later than

fourteen days after the discovery conference, the parties must submit the "Rule 26(f) Report of the Parties" to the Court in the form shown on the Court's website.  Unless otherwise agreed in the Rule 26(f) Report, the parties must make the disclosures required by Fed. R. Civ. P. 26(a)(1) not later than fourteen days after the discovery conference.  **Rule 26(a)(1) Disclosures are NOT to be filed with the Court**.  It is only necessary to file a Rule 26(f) Report of the Parties within the required time.

Plaintiff, as a *pro se* litigant without access to the Court's electronic filing system, is reminded that all documents filed with the Court must be contemporaneously mailed to the counsel of the other parties, and must include a Certificate of Service indicating the date on which the document was mailed.  Plaintiff is also instructed to inform the Court and all other parties of any changes to his or her mailing address and/or telephone number.

The Courts' website (www.ohsd.uscourts.gov) contains copies of the Court's Local Rules, applicable General Orders, and Forms.  The form for the "Rule 26(f) Report of the Parties" is available under the "Forms" tab.  If you do not have the ability to access the website, please contact Gayle Hays at (937) 512-1640.

April 24, 2012                                                              s/ **Michael J. Newman**
                                                                                     United States Magistrate Judge